UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:16-cv-00339-JHM

**BEVIDERE INSURANCE COMPANY**                                              **PLAINTIFF**

**V.**

**TRIANGLE ENTERPRISES, INC., et al.**                                     **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by the Defendant, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint is dismissed with prejudice.

*[Signature]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 15, 2017

cc:   counsel of record